IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN WEVODAU,** | : | Civil No. 1:16-CV-0743 |
| **Plaintiff,** | : | |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, OFFICE OF THE ATTORNEY GENERAL and KATHLEEN KANE, individually and in her official capacity,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) Defendants' motion to dismiss Count II of the amended complaint (Doc. 17) is **GRANTED**.

2) Because the court has dismissed all claims over which it had original jurisdiction, the court declines to exercise supplemental jurisdiction over Plaintiff's state law claim, pursuant to 28 U.S.C. § 13679(c)(3).

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge

Dated: January 4, 2017