IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN WEVODAU,** | : Civil No. 1:16-CV-0743 |
| **Plaintiff,** | : |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, OFFICE OF THE ATTORNEY GENERAL and KATHLEEN KANE, individually and in her official capacity,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration (Doc. 30) is **DENIED**.

                                                                s/Sylvia H. Rambo
                                                                SYLVIA H. RAMBO
                                                                United States District Judge

Dated: September 18, 2017